**No. 42007.**—Protests 842249–G, etc., of Selsi Co., Inc. (New York).

Opinion by Dallinger, J.    In accordance with stipulation of counsel and on the authority of *Selsi* v. *United States* (C. D. 147) aneroid barometers and parts

were held dutiable as machines and parts at 27½ percent under paragraph 372 as claimed.